FILED ___ LODGED
___ RECEIVED

DEC 12 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

IN THE MATTER OF: )
) CAUSE NO. 3:22CV5962 DGE
Alejandro Calderon )
) COMPLAINT AND JURY
) DEMAND
PLANTIFF )
)
Vs. )
Linebarger Goggan Blair & Sampson, LLP )
)
DEFENDANTS )

## NATURE OF ACTION

1. Plaintiff, Alejandro Calderon ("Plaintiff") brings this action against Defendants Linebarger Goggan Blair & Sampson, LLP pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

2. Plaintiff seeks to recover monetary damages for Defendants' violations of the FDCPA.

## JURISDICTION

3. This Court has jurisdiction pursuant to 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331.

## VENUE

4. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendant transacts business.

5. Venue is proper in the Western District of Washington State Tacoma Division.

## PARTIES

6. The Plaintiff in this lawsuit is Alejandro Calderon, a natural person, who at all relevant times resided in the State of Washington, County of Pierce, and City of Tacoma.

7. A Defendant in this lawsuit is Linebarger Goggan Blair & Sampson, LLP, an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect debts, as defined by 15 U.S.C. § 1692a(5).

8. The above-named Defendant is "debt collectors" as defined by 15 U.S.C. § 1692a(6).

9. The above-named Defendants are in the business of collecting debts by using mail other methods to collect consumer debts owed, or are alleged to be owed, to another person or entity.

## FACTUAL ALLEGATIONS

10. The "debt" as defined by 15 U.S.C. § 1692 a(5) is an alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, which is the subject of the transaction are primarily for personal purposes.

11. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

12. The debt was in default at the time it was obtained by Defendants.

13. Defendants uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts.

14. At a time to be found at discovery and known to Defendants, the alleged debt was assigned or otherwise transferred to the Linebarger Goggan Blair & Sampson, LLP for collection.

15. On February 5, 2022, Plaintiff received a dunning notice from Linebarger Goggan Blair & Sampson, LLP, demanding payment of a debt of $403.09.

16. In notice the Defendant represented the Original Creditor as Fife Municipal Court.

17. The notice did not contain a statement "THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR".

18. A true and correct copy of Defendants notice is attached as Exhibit A.

19. On February 26, 2022, plaintiff sent a letter to Linebarger Goggan Blair & Sampson, LLP disputing the debt and requesting validation pursuant to FDCPA.

20. A true and correct copy of Plaintiffs letter is attached as Exhibit B.

21. On March 21, 2022, plaintiff received a response to plaintiff's dispute and request for validation

22. A true and correct copy of Defendants response letter is attached as Exhibit C.

23. In the response, Defendant stated that the Plaintiff owed $409.51.

24. In the response, Defendant stated that the Plaintiff owed $12.77.

25. In the response, Defendant did not indicate or provide the agreement that created the debt, or that it could expressly charge interest.

26. A true and correct copy of Defendants response letter is attached as Exhibit D and E

27. Each redlight traffic infractions ticket indicates a fine of $139.00 for a total $278.00

28. The Defendant did not include a court judgement or how much the plaintiff owes according to any type of generally accepted accounting principles. in their response to the plaintiff's dispute.

## COUNT I

## VIOLATIONS OF THE FDCPA

29. Plaintiff repeats and re-alleges each factual allegation stated above.

30. Plaintiff alleges, Linebarger Goggan Blair & Sampson, LLP, violated the FDCPA by attempting to collect a debt that has been disputed and has not been validated.

Plaintiff prays for relief and judgment, as follows:

    a. Adjudging that Defendant , Linebarger Goggan Blair & Sampson, LLP, violated the FDCPA § 1692g(b).

    b. Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k, in the amount of $1,000.

    c. Awarding Plaintiff $150.00 for service fees and $402 court costs incurred in this action:

    d. Awarding Plaintiff post-judgment interest as may be allowed under the law.

    e. Awarding such other and further relief as the Court may deem just and proper.

## COUNT II
## VIOLATIONS OF THE FDCPA

32. Plaintiff repeats and re-alleges each factual allegation stated above.

33. Plaintiff alleges, Linebarger Goggan Blair & Sampson, LLP, violated the FDCPA by attempting to charge and collect interest.

Plaintiff prays for relief and judgment, as follows:

a. Adjudging that Defendant, Linebarger Goggan Blair & Sampson, LLP, violated the FDCPA § 1692f(1).

b. Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. § 1692k, in the amount of $1,000.

c. c. Awarding Plaintiff $150.00 for service fees and $402 court costs incurred in this action.

d. Awarding Plaintiff post-judgment interest as may be allowed under the law.

e. Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

Plaintiff is entitled to and demands a trial by a jury.

Dated December 67, 2022

Alejandro Calderon
1309 E 58th St.
Tacoma, WA 98404

Page | 6

# Exhibit "A"

1

# Linebarger Goggan Blair & Sampson, LLP

ATTORNEYS AT LAW
5801 Soundview Drive NW, Suite 50B
Gig Harbor, WA 98335
1(844) 576-4766 Toll-Free

JANUARY 20, 2022

Account #⬛⬛⬛⬛⬛

ALEJANDRO R CALDERON
1309 E 58TH ST
TACOMA WA 98404-2545

Court ID: RED037154
2 Case(s) Totaling $403.09

## NOTICE OF DELINQUENT COURT FINES

Dear ALEJANDRO R CALDERON:

Our law firm has been hired to represent the below-named court(s) ("Court") to collect unpaid Court fines. Court records indicate that you have an outstanding balance of unpaid fines due the Court. Please take notice that your failure to pay the below-referenced delinquent account(s) may result in the delinquency being reported to Washington Department of Licensing (which could result in the suspension of your driver's license for cases involving criminal traffic offenses, or non-renewal of your vehicle registration for cases involving parking violations); and, for cases involving parking and civil infraction fines, in the assessment of interest of 12% per year on the total amount due on those accounts. Contact the Court if you wish to request an "ability to pay" hearing. You may disregard this notice if you have made payment within the last 10 days.

| Court Name | Case # | Assigned Principal | Court Costs (Collection) | Interest | Payments | Current Balance |
|---|---|---|---|---|---|---|
| FIFE MUNICIPAL COURT | RED037154 | $164.00 | $31.16 | $7.25 | $0.00 | $202.41 |
| FIFE MUNICIPAL COURT | RED040933 | $164.00 | $31.16 | $5.52 | $0.00 | $200.68 |

To make payment, please return the coupon below, along with a check or money order in the amount of $403.09, made payable to LGBS. If your check is returned unpaid, you will be liable for an administrative fee of $25.00. To pay by credit card, please call 1(844) 576-4766 or log on to http://www.lgbswebpayments.com and use **Client Code WACIFIMFRD** and **Online Payment Number 51368376**.

If you are now a debtor in bankruptcy or if you have been discharged from the above debts through a bankruptcy proceeding, then within 30 days, please provide us at the address at the top of this letter, in writing, the case number and the name of the court in which your bankruptcy case was filed. If for any reason you find the information in this letter to be in error or you disagree with the Court records, you should notify our office immediately. Unless you want an "ability to pay" hearing, please do not call the Court directly, as we have been retained to resolve this matter on its behalf. We have payments options available if you are experiencing financial hardship. Our toll-free telephone number is 1(844) 576-4766.

Linebarger Goggan Blair & Sampson, LLP ("LGBS")

Office Phone-in Hours: Monday through Thursday, 5:00 a.m. to 7:00 p.m., Friday, 5:00 a.m. to 6:00 p.m., and Saturday, 6:00 a.m. to 10:00 a.m. (All times Pacific.)

**PLEASE COMPLETE AND DETACH THE REPLY FORM BELOW AND RETURN IN THE ENVELOPE PROVIDED**

---

Linebarger Goggan Blair & Sampson, LLP
PO BOX 659443
SAN ANTONIO TX 78265-9443



Court ID: RED037154
2 Case(s) Totaling $403.09
Amount Due: $403.09 as of JANUARY 20, 2022
Amount Enclosed: _____
**Make check or money order payable to "LGBS" and include your account number, court number, name, and address.**
To pay by credit card, call 1(844) 576-4766 or scan the QR code and use **Client Code WACIFIMFRD** and **Online Payment Number 51368376**.



When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check.

ALEJANDRO R CALDERON
1309 E 58TH ST
TACOMA WA 98404-2545

LGBS, LLP
CLIENT CODE: WACIFIMFRD
PO BOX 702118
SAN ANTONIO TX 78270-2118



# Exhibit "B"

Alejandro Calderon
1309 East 58TH Street
Tacoma, WA 98404
2/26/2022

Account # ~~████████~~

Linebarger Goggan Blair & Sampson, Llp
5801 Soundview Dr,
Gig Harbor, WA 98335

Linebarger Goggan Blair & Sampson, Llp,

This is not a refusal to pay, but a notice that your claim is disputed. I dispute the creditor's name, balance, any fees or interest that has been added and the fact that you can add any fee or interest to the original balance,

This is a request for validation made pursuant to the Fair Debt Collection Practices Act and Washington's Fair Debt Collection Act.

Please be advised that I am not requesting a "verification" that you have my mailing address, I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to this debt. Please provide me the name of the creditor.

Sincerely,

*[signature]*

Alejandro Calderon

1

# Exhibit "C"

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
P.O. Box 702118
San Antonio, TX 78270

March 10, 2022

**CALDERON, ALEJANDRO R**
**1309 E 58TH ST**
**TACOMA WA 98404**
**Via Email:**

Re: FIFE MUNICIPAL COURT
  Case Number(s): RED037154 and RED040933
  Account Number(s): ████56 and ████████
  Amount Due: $409.51

Dear CALDERON, ALEJANDRO R

In accordance with our conversation, please find enclosed the attached debt verification that you requested.

If you have any further questions, please contact our office at 1-877-242-9467.

Respectfully,

*Jon F Boquist*

Jon Boquist
Call Center Manager

*This communication is from a debt collector and any information obtained will be used for that purpose.*

# Exhibit "D"

4

# NOTICE OF RED LIGHT INFRACTION
## City of Fife Traffic Safety Enforcement



Ticket Number: RED037154
Plate Number: BYL8997
Password: 6i3VR7Kx
View your violation at
www.ZeroFatality.com

ALEJANDRO R CALDERON
3105 S 47TH ST APT E49
TACOMA, WA 98409


1021000003927499


RED037154

This ticket will be filed with Fife Municipal Court – 3737 Pacific Highway E, Suite 100, Fife, WA 98424

| Violation Date: 06/03/2021 | Time: 18:22:10 | | Fine Amount: $139 | |
|---|---|---|---|---|
| Location of Infraction: Pacific Hwy EB @ Alexander Ave | | | | |
| Plate: BYL8997 | State: WA | Amber Time: -3.5 | Red Light Time: -0.5 | |
| Year: 2016 | Make: HOND | Model: CIV | Body Style: | Color: |
| Violator: CALDERON, ALEJANDRO R | | | | |
| Street Address: 3105 S 47TH ST APT E49 | | | | |
| City: TACOMA | | State: WA | Zip: 98409 | |
| Registered Owner: CALDERON, ALEJANDRO R | | | | |
| Street Address: 3105 S 47TH ST APT E49 | | | | |
| City: TACOMA | | State: WA | Zip: 98409 | |





The above listed vehicle registered in your name was photographed failing to stop at a red light, which is in violation of RCW 46.61.050 pursuant to 46.63.170 and Fife Municipal Code 10.60 et seq.

This notice represents a determination that an infraction has been committed by the person named in the notice and the determination shall be final unless contested as provided in RCW 46.63.060(2)(a). An infraction is a non-criminal offense for which imprisonment may not be imposed as sanction. **The penalty for a photo-enforced infraction may include non-renewal of the vehicle registration as per RCW 46.63.060(2)(b).**

**DO NOT IGNORE THIS NOTICE:** You must respond to this notice on or before. 06/26/2021 As registered owner, you are responsible for any additional fees, fines and costs.

**Officer's Certificate:** *I certify under penalty of perjury under the laws of the State of Washington that there are reasonable grounds/probable cause to believe and do believe that the described vehicle/person was in violation of the above listed ordinance/statute and that the foregoing is true and correct.*

Sworn to or affirmed in Fife, WA by:

| Fife Limited Commission Officer:  Dennis Harrison | Date: 06/08/2021 | Badge: 660 |
|---|---|---|

---

**PAY ONLINE:** You may view your violation images and video online and pay your fine at: www.ZeroFatality.com Please enter Plate Number and Password provided below to enter the secure website.

Plate Number: BYL8997
Password: 6i3VR7Kx
Amount Due: $139
Due Date: 06/26/2021
Violation Number: RED037154


RED037154

**PAY BY PHONE:**
*Please call 253-344-4053*
*Or 855-873-9711* Mon-Fri. 5 AM to 5 PM (PST)
Saturday 7 AM to 11 AM (PST)
MasterCard  VISA  DISCOVER

**PAY IN PERSON/MAIL or REQUEST PAYMENT PLAN:**
**Fife Municipal Court**
3737 Pacific Highway E, Suite 100, Fife, WA 98424
Mon, Tues, Thurs & Fri 8:30 AM – 4:30 PM (PST)
Weds. 9:30 AM – 4:30 PM (PST), Tel: 253-922-6635
**WE ACCEPT IN PERSON:** Cash, Check, Money Order, Visa, MasterCard, AmEx, and Discover
* **DO NOT MAIL CASH** * For proper payment processing include this return stub with **ALL mailed payments.**

Detach here and return with your payment

**PAYMENT OPTIONS:**
You may be able to enter into a payment plan with the Court under RCW 46.63.110(6)

**CHECKS PAYABLE TO:**
Fife Municipal Court

**TO REQUEST A HEARING:**
Please see reverse side
**PLEASE NOTE:** A convenience fee will be added for all credit card and e-check payments

**Exhibit "E"**

# NOTICE OF RED LIGHT INFRACTION
## City of Fife Traffic Safety Enforcement



Ticket Number: RED040933
Plate Number: BYL8997
Password: tFidR6wH
View your violation at
www.ZeroFatality.com

ALEJANDRO R CALDERON
3105 S 47TH ST APT E49
TACOMA, WA 98409


1021000004336 34


RED040933

This ticket will be filed with Fife Municipal Court – 3737 Pacific Highway E, Suite 100, Fife, WA 98424

| Violation Date: 06/28/2021 | Time: 16:53:30 | | Fine Amount: $139 | |
|---|---|---|---|---|
| Location of Infraction: Pacific Hwy EB @ Alexander Ave | | | | |
| Plate: BYL8997 | State: WA | Amber Time: 3.5 | | Red Light Time: 0.8 |
| Year: 2016 | Make: HOND | Model: CIV | Body Style: | Color: |
| Violator: CALDERON, ALEJANDRO R | | | | |
| Street Address: 3105 S 47TH ST APT E49 | | | | |
| City: TACOMA | | State: WA | Zip: 98409 | |
| Registered Owner: CALDERON, ALEJANDRO R | | | | |
| Street Address: 3105 S 47TH ST APT E49 | | | | |
| City: TACOMA | | State: WA | Zip: 98409 | |





The above listed vehicle registered in your name was photographed failing to stop at a red light, which is in violation of RCW 46.61.050 pursuant to 46.63.170 and Fife Municipal Code 10.60 et seq.

This notice represents a determination that an infraction has been committed by the person named in the notice and the determination shall be final unless contested as provided in RCW 46.63.060(2)(a). An infraction is a non-criminal offense for which imprisonment may not be imposed as sanction. **The penalty for a photo-enforced infraction may include non-renewal of the vehicle registration as per RCW 46.63.060(2)(b).**

**DO NOT IGNORE THIS NOTICE:** You must respond to this notice on or before. 07/26/2021 As registered owner, you are responsible for any additional fees, fines and costs.

**Officer's Certificate:** *I certify under penalty of perjury under the laws of the State of Washington that there are reasonable grounds/probable cause to believe and do believe that the described vehicle/person was in violation of the above listed ordinance/statute and that the foregoing is true and correct.*

Sworn to or affirmed in Fife, WA by:

| Fife Limited Commission Officer: *David B Chapin* | Date: 07/07/2021 | Badge: 265 |
|---|---|---|

---



**PAY ONLINE:** You may view your violation images and video online and pay your fine at: www.ZeroFatality.com Please enter Plate Number and Password provided below to enter the secure website.

Plate Number:    BYL8997
Password:        tFidR6wH
Amount Due:      $139
Due Date:        07/26/2021
Violation Number: RED040933


RED040933

**PAY BY PHONE:**
*Please call 253-344-4053*
*Or 855-873-9711* Mon-Fri. 5 AM to 5 PM (PST)
Saturday 7 AM to 11 AM (PST)

MasterCard  VISA  DISCOVER

**PAY IN PERSON/MAIL or REQUEST PAYMENT PLAN:**
**Fife Municipal Court**
3737 Pacific Highway E, Suite 100, Fife, WA 98424
Mon, Tues, Thurs & Fri 8:30 AM – 4:30 PM (PST)
Weds. 9:30 AM – 4:30 PM (PST), Tel: 253-922-6635
**WE ACCEPT IN PERSON:** Cash, Check, Money Order, Visa, MasterCard, AmEx, and Discover
* **DO NOT MAIL CASH** * For proper payment processing include this return stub with **ALL mailed payments.**

*Detach here and return with your payment*

**PAYMENT OPTIONS:**
You may be able to enter into a payment plan with the Court under RCW 46.63.110(6)

**CHECKS PAYABLE TO:**
Fife Municipal Court

**TO REQUEST A HEARING:**
Please see reverse side
**PLEASE NOTE:** A convenience fee will be added for all credit card and e-check payments

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Alejandro Calderon

**(b)** County of Residence of First Listed Plaintiff: Pierce
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Linebarger Goggan Blair & Sampson, LLP

County of Residence of First Listed Defendant: Pierce
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

FILED LODGED RECEIVED
DEC 12 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: ____

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| | | | | 864 SSID Title XVI | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 865 RSI (405(g)) | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
12 USC 1692
Brief description of cause:
violation of the FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $~~1850~~ 1552.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE ____
DOCKET NUMBER ____

DATE: 12-6-2022
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Alejandro Calderon <br><br> *Plaintiff(s)* <br> v. <br> Linebarger Goggan Blair & Sampson, LLP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Linebarger Goggan Blair & Sampson, LLP
5801 Soundview Dr,
Gig Harbor, WA 98335

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alejandro Calderon
1309 E 58th St.
Tacoma, WA 98404
Alexerectors@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*



Alejandro Calderon
1309 E 58th St.
Tacoma, WA 98404

U.S. District Court Clerk
1717 Pacific Ave. Rm 3100
Tacoma, WA 98402