**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE
TACOMA, WA 98402

December 13, 2022

Alejandro Calderon
1309 E 58TH ST
TACOMA, WA 98404

Your civil action *Calderon v. Linebarger Goggan Blair & Sampson LLP* was filed in the U.S. District Clerk's office at Tacoma on December 12, 2022.

Your case has been assigned Case Number **3:22–cv–05962–DGE,** and has been assigned to Judge David G Estudillo, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file