Hon. David G. Estudillo

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ALEJANDRO CALDERON,

      Plaintiff,

v.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,

      Defendant.

NO.: 3:22 cv 05962 DGE

NOTICE OF APPEARANCE

TO: Alejandro Calderon, Plaintiff Pro Se

   YOU AND EACH OF YOU will please take notice that the Defendant Linebarger Goggan Blair & Sampson, LLP, appears in this action by and through its attorneys, the undersigned, and requests and directs that all further papers and pleadings in the above-entitled case, except original process, be served upon its attorneys, at the following address:

   Andrew D. Shafer, Esq.
   KETTER SHEPPARD & JACKSON, LLP
   50 – 116th Ave. SE, Suite 201
   Bellevue, Washington  98004
   Main: (206) 382-2600
   Direct: (206) 330-2054
   ashafer@sksp.com

NOTICE OF APPEARANCE - 1

[3:22 cv 05962 DGE]

DATED: January 3, 2023.

        KETTER SHEPPARD & JACKSON, LLP

*s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA No. 9405
Attorney for Defendant LGBS
50 - 116th Ave SE; Suite 201
Bellevue, WA  98004
Direct: 206.330.2054; Main: 206.382. 2600
e-mail: ashafer@sksp.com

NOTICE OF APPEARANCE - 2

[3:22 cv 05962 DGE]

**CERTIFICATE OF DELIVERY**

I certify that a true, correct and complete copy of the foregoing **Notice of Appearance** against Linebarger Goggan Blair & Sampson, LLP was electronically filed with the court using its electronic filing system and copies were delivered through USPS to plaintiff pro se at:

1309 E 58TH ST
TACOMA, WA 98404

Dated at Everett, Washington:        January 3, 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew D. Shafer*
　　　　　　　　　　　　　　　　　　　　　Andrew D. Shafer, WSBA # 9405

NOTICE OF APPEARANCE - 3

[3:22 cv 05962 DGE]

KETTER SHEPPARD & JACKSON, LLP
50 – 116TH AVENUE SE; SUITE 201
BELLEVUE, WA 98004
DIRECT: (206) 330-2054; MAIN: (206) 282-2600