Hon. David G. Estudillo
NOTE FOR CONSIDERATION: February 3, 2023

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEJANDRO CALDERON,<br><br>                Plaintiff,<br><br>v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,<br><br>                Defendant. | NO.: 3:22 cv 05962 DGE<br><br>**PROPOSED**<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO Fed.R.Civ.P 12(b)(6) |

Defendant brought its motion to dismiss this action pursuant to Fed.R.Civ.P 12(b)(6) because the plaintiff's allegations that defendant violated the Fair Debt Collection Practices Act were without legal merit.

The court has considered defendant's motion and plaintiff's response. As a matter of law, the obligation on which defendant sought collection is not a "debt" under 15 U.S.C.A §1692a(4). Since the Fair Debt Collection Practices Act only applies to the collection of "debts" as defined by that Act, plaintiff's complaint fails to plead at least a plausible claim for relief. Absent such an allegation, the complaint fails as a matter of law.

**PROPOSED ORDER GRANTING**
MOTION TO DISMISS COMPLAINT WITH
PREJUDICE PURSUANT TO
Fed.R.Civ.P 12(b)(6) - 1

[3:22 cv 05962 DGE]

KETTER SHEPPARD & JACKSON, LLP
50 – 116ᵀᴴ AVENUE SE; SUITE 201
BELLEVUE, WA 98004
DIRECT: (206) 330-2054; MAIN: (206) 282-2600

1   Where there are no plausible facts on which the plaintiff could file a meritorious

2   amended complaint, dismissal with prejudice is mandated.  Accordingly, IT IS HEREBY

3   ORDERED that this matter be dismissed with prejudice.

4   Done in open court this ____ day of _____, 2023.

5

6   _____
    Hon. David G. Estudillo

7   PRESENTED BY:

8   KETTER SHEPPARD & JACKSON, LLP

9   */s/ Andrew D. Shafer*
    Andrew D. Shafer, WSBA No. 9405
10  Attorney for Defendant LGBS
    50 - 116th Ave SE; Suite 201
11  Bellevue, WA  98004
    Direct: 206.330.2054; Main: 206.382. 2600
12  e-mail: ashafer@sksp.com

13

14

15

16

17

18

19

20

21

22  **PROPOSED ORDER GRANTING**
    MOTION TO DISMISS COMPLAINT WITH
    PREJUDICE PURSUANT TO
23  Fed.R.Civ.P 12(b)(6) - 2

    [3:22 cv 05962 DGE]

KETTER SHEPPARD & JACKSON, LLP
50 – 116TH AVENUE SE; SUITE 201
BELLEVUE, WA 98004
DIRECT: (206) 330-2054; MAIN: (206) 282-2600