# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ALEJANDRO CALDERON,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:22-cv-05962-DGE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


THE COURT HAS ORDERED THAT Defendant's motion to dismiss (Dkt. No. 6) is GRANTED.


Dated March 21, 2023.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　　　Deputy Clerk